UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JACQUELINE FERNANDEZ, on behalf of herself and all others similarly situated,

      Plaintiff,

-v-

PROXIMA, INC.,

      Defendant.

CIVIL ACTION NO. 24 Civ. 1190 (DEH) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The parties having advised that they have agreed to a settlement in principle (ECF No. 11), the Court orders as follows:

1. All case deadlines are ADJOURNED <u>sine die</u>.

2. By **May 27, 2024**, the parties shall file stipulation of dismissal for the attention of the Honorable Dale E. Ho.

Dated: New York, New York
    April 12, 2024

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**